Commonwealth ex rel. Clifford, Appellant, *v.*
Maroney.

Submitted November 9, 1964. *James C. Clifford,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.